THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GARTHAN LEE GLENN, Defendant-Appellant.

(No. 59556;

First District (2nd Division)—December 17, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (David W. Hirschboeck, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.